# Court of Appeals
# of the State of Georgia

ATLANTA,  March 03, 2021

*The Court of Appeals hereby passes the following order:*

**A21I0131. SPIRIT & TRUTH MINISTRIES INTERNATIONAL, INC. v. VOICE TO THE NATIONS, INC.**

On January 22, 2021, the trial court issued a writ of possession in favor of Voice to the Nations, Inc., and on January 29, 2021, the court certified its ruling for immediate review. Ten days later, on February 8, 2021, Spirit & Truth Ministries International, Inc. ("Spirit & Truth Ministries"), filed the instant application for interlocutory review. We lack jurisdiction because the application is untimely.

Although Spirit & Truth Ministries filed its application within ten days of obtaining a certificate of immediate review, which would render the application timely under the general requirements of OCGA § 5-6-34 (b), OCGA § 44-7-56 imposes an additional requirement. Under that code section, an appeal from any judgment by the trial court in a dispossessory proceeding must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56 ("Any judgment by the trial court shall be appealable pursuant to Chapters 2, 3, 6, and 7 of Title 5, provided that any such appeal shall be filed within seven days of the date such judgment was entered . . ."); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999); see also *America Net v. U. S. Cover*, 243 Ga. App. 204, 206 (1) (532 SE2d 756) (2000) (discussing the summary or expedited nature of dispossessory proceedings), overruled on other grounds as recognized by *Smith v. Bell*, 346 Ga. App. 152, 156 (816 SE2d 698) (2018).

The instant application was not filed within seven days of the entry of the writ of possession and the certificate of immediate review. Accordingly, the application

is untimely, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/03/2021__
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*